UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-37-1H(2)

UNITED STATES OF AMERICA :
:
V. : <u>O R D E R</u>
:
KENNETH ANTOINE TANKSON :

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to KENNETH ANTOINE TANKSTON be changed to reflect the proper identification of the defendant as KENNETH ANTOINE TANKSON.

This the 21st day of May, 2010.

*[signature]*
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE