# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:10-CR-37-1H |
| Kenneth Antoine Tankson ) | |
| ) | USM No: 53430-056 |
| Date of Original Judgment: December 13, 2010 ) | |
| Date of Previous Amended Judgment: December 12, 2011 ) | Devon Donahue |
| (Use Date of Last Amended Judgment if Any) | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____38_____ months **is reduced to** _____31 months*_____

*On Count 1. Count 3 remains unchanged at 60 months, consecutive.


If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*


Except as otherwise provided, all provisions of the judgment(s) dated December 12, 2010 and December 12, 2011 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 12/18/14

Effective Date: November 1, 2015         Malcolm J. Howard, Senior U.S. District Judge
       *(if different from order date)*             Printed name and title